Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−12861−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Torres Jr. | Leyda Torres |
| 775 Streamview Lane | 775 Streamview Lane |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx−xx−0502                                    xxx−xx−2647

Employer's Tax I.D. No.:

---

**NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT**

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 29, 2019
JAN: admi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Robert Torres Jr.
Leyda Torres
      Debtors

Case No. 19-12861-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Apr 29, 2019
                       Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db/jdb         +Robert Torres Jr.,   Leyda Torres,   775 Streamview Lane,   Vineland, NJ 08360-2479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40   U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38   United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                     TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    Fifth Third Bank as Successor by merger to Fifth Third Mortgage Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Denise E. Carlon    on behalf of Creditor    Land Home Financial Services, Inc., as servicing agent for Trinity Financial Services, LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Francis T. Tarlecki    on behalf of Loss Mitigation    Fifth Third Mortgage Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Melissa S DiCerbo    on behalf of Loss Mitigation    Fifth Third Mortgage nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Moshe  Rothenberg    on behalf of Joint Debtor Leyda  Torres moshe@mosherothenberg.com,   alyson@mosherothenberg.com;ajohn880@gmail.com
         Moshe  Rothenberg    on behalf of Debtor Robert  Torres Jr. moshe@mosherothenberg.com,   alyson@mosherothenberg.com;ajohn880@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    Land Home Financial Services, Inc., as servicing agent for Trinity Financial Services, LLC rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 10