Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12861−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Torres Jr.
775 Streamview Lane
Vineland, NJ 08360

Leyda Torres
aka Leyda Ramos
775 Streamview Lane
Vineland, NJ 08360

Social Security No.:
xxx−xx−0502

xxx−xx−2647

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 15, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Torres Jr.  
Leyda Torres  
  Debtors

Case No. 19-12861-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Nov 15, 2019  
        Form ID: 148    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.

```
db/jdb         +Robert Torres Jr.,    Leyda Torres,    775 Streamview Lane,    Vineland, NJ 08360-2479
lm            ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Mortgage,    5001 Kingsley Drive,    1MOBBW,
                 Cincinnati, OH 45263)
cr             +Trinity Financial Services, LLC,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
518022702       A-1 Collections Servies,    2297 Highway 33 Ste 906,    Hamilton Square, NJ  08690-1717
518022703       AES,    PO Box 61047,    Harrisburg, PA 17106-1047
518022707       Credit COntrol LLC,    PO Box 546,    Hazelwood, MO 63042-0546
518022708       Dr John Marcucci,    556 N Harding Hwy,    Vineland, NJ 08360-8713
518022709       Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
518120337      +Fifth Third Bank,    5001 Kingsley Drive 1MOBBW,    Cincinnati Ohio 45227-1114
518166048      +Fifth Third Bank,    Alexandra T. Garcia, Esq.,    McCABE, WEISBERG & CONWAY, LLC,
                 216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
518022710       Inspira,    PO Box 48274,    Newark, NJ 07101-8474
518022712       Ivyrehab Network,    PO Box 416495,    Boston, MA  02241-6495
518188065      +Land Home Financial Services, Inc.,,    Rebecca A. Solarz, Esquire,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518022713      +Landis Sewer Authority,    1776 S Mill Rd,    Vineland, NJ 08360-6200
518022714      +Matthew Ryan veterinary Hospital,    3900 Delancey St,    Philadelphia, PA 19104-6043
518022715       McCabe Weissberg and Conway,    123 S Broad St Ste 1400,    Philadelphia, PA 19109-1060
518022716       PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518022718       Regional Womens Health Group,    PO Box 536,    Voorhees, NJ 08043-0536
518022721     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518022719       Solar City,    PO Box 3500,    Draper, UT 84020-3500
518022720       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518022722       The Bureaus,    650 Dundee Rd,    Northbrook, IL 60062-2747
518415207      +Trinity Financial Services, LLC,    Maria Cozzini,    105 Eisenhower Parkway - Suite 302,
                 Roseland, NJ 07068-1640
518022723       University of Miami,    1252 Memorial Dr,    Coral Gables, FL 33146-2509
518022724       Vineland Municipal Authority,    640 E Wood St,    Vineland, NJ 08360-3722
518022725       Visigoth Solar LLC,    PO Box 3500,    Draper, UT 84020-3500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518103336      +EDI: PRA.COM Nov 16 2019 05:53:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518022705       EDI: CAPITALONE.COM Nov 16 2019 05:53:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518022706       EDI: WFNNB.COM Nov 16 2019 05:53:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
518022711       EDI: IRS.COM Nov 16 2019 05:53:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518161454      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:36:27      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10587,    Greenville, SC 29603-0587
518187634      +EDI: MID8.COM Nov 16 2019 05:53:00      Midland Funding LLC,    P.O. Box 2011,
                 Warren, MI 48090-2011
518022717       EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
518187627       EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
518183133       EDI: Q3G.COM Nov 16 2019 05:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
518042725       EDI: Q3G.COM Nov 16 2019 05:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518025536      +EDI: RMSC.COM Nov 16 2019 05:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518198107      +E-mail/Text: bankruptcy@trinityfs.com Nov 16 2019 01:26:57      Trinity Financial Services, LLC,
                 2618 San Miguel Drive, Suite 303,    Newport Beach, CA 92660-5437
518181106      +EDI: AIS.COM Nov 16 2019 05:53:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518022704     ##Alpha Recovery,    5660 Greenwood Plaza Blvd Ste 101,    Greenwood Village, CO  80111-2417
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Fifth Third Bank as Successor by merger to Fifth
               Third Mortgage Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Land Home Financial Services, Inc., as servicing agent
               for Trinity Financial Services, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Loss Mitigation    Fifth Third Mortgage Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Maria   Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com
              Melissa S DiCerbo    on behalf of Loss Mitigation    Fifth Third Mortgage nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    Fifth Third Bank as Successor by merger to Fifth
               Third Mortgage Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Moshe  Rothenberg    on behalf of Joint Debtor Leyda   Torres moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe  Rothenberg    on behalf of Debtor Robert   Torres Jr. moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Land Home Financial Services, Inc., as servicing
               agent for Trinity Financial Services, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```