| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |
| In re: |
| ROBERT TORRES, JR. |
| LEYDA TORRES |

**Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-12861-ABA

Hearing Date: November 13, 2019  10:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: November 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $330.48 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Robert Torres Jr.
Leyda Torres
    Debtors

Case No. 19-12861-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 15, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb            +Robert Torres Jr.,    Leyda Torres,    775 Streamview Lane,    Vineland, NJ 08360-2479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Fifth Third Bank as Successor by merger to Fifth Third Mortgage Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Denise E. Carlon    on behalf of Creditor    Land Home Financial Services, Inc., as servicing agent for Trinity Financial Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francis T. Tarlecki    on behalf of Loss Mitigation    Fifth Third Mortgage Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Maria Cozzini    on behalf of Creditor    Trinity Financial Services, LLC mcozzini@sternlav.com
        Melissa S DiCerbo    on behalf of Loss Mitigation    Fifth Third Mortgage nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Melissa S DiCerbo    on behalf of Creditor    Fifth Third Bank as Successor by merger to Fifth Third Mortgage Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Moshe Rothenberg    on behalf of Joint Debtor Leyda  Torres moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
        Moshe Rothenberg    on behalf of Debtor Robert  Torres Jr. moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    Land Home Financial Services, Inc., as servicing agent for Trinity Financial Services, LLC rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 13